NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**FISHER & PAYKEL HEALTHCARE LIMITED,**
*Appellant*

**v.**

**RESMED LIMITED,**
*Appellee*

———————————

2018-2262

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00504.

———————————

**ON MOTION**

———————————

PER CURIAM.

## O R D E R

Appellee ResMed Limited ("ResMed") moves to dismiss this appeal for lack of subject matter jurisdiction. Despite the title of its motion, ResMed appears to argue that appellant Fisher & Paykel Healthcare Limited ("Fisher") lacks standing to maintain this appeal. We decline to rule on

ResMed's motion at this time, and instead defer ResMed's motion until hearing from the parties at oral argument.

IT IS ORDERED THAT:

ResMed's motion to dismiss is deferred until after oral argument, at which ResMed is instructed to appear and be prepared to argue the standing issue as well as the merits of Fisher's appeal.

FOR THE COURT

November 15, 2019          /s/ Peter R. Marksteiner
        Date                  Peter R. Marksteiner
                              Clerk of Court